NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPREAD SPECTRUM SCREENING LLC,**
*Plaintiff-Appellant,*

v.

**EASTMAN KODAK COMPANY, CONTINENTAL WEB PRESS, INC., GRAPHIC PARTNERS, INC. AND JOHNS-BYRNE COMPANY,**
*Defendants-Appellees,*

AND

**GENESIS PRESS, INC.,**
*Defendant-Appellee.*

---

2011-1019

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 10-CV-1101, Judge Robert W. Gettleman.

---

## ON MOTION

---

## ORDER

Upon consideration of Spread Spectrum Screening LLC's unopposed motion to reform the caption,

IT IS ORDERED THAT:

The motion is granted.  The official revised caption is reflected above.

FOR THE COURT


MAR 0 2 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk



cc:  Chad Ennis, Esq.
     R. Scott Feldmann, Esq.
     John F. Sweeney, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 02 2011

JAN HORBALY
CLERK